# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NATHAN JAMES LEE, formerly known as Nathan James Staffa, | Case No. 17-CV-3133 (SRN/SER) |
| Plaintiff, | **ORDER** |
| v. | |
| MINNESOTA DEPARTMENT OF INTERNAL REVENUE SERVICE and DEPARTMENT OF LABOR, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, **IT IS HEREBY ORDERED** that based upon the foregoing, and on all of the files, records, and proceedings herein:

1. This matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

2. Plaintiff Nathan James Lee's application to proceed *in forma pauperis* [Doc. No. 2] is DENIED AS MOOT.


Dated: October 12, 2017              s/Susan Richard Nelson
                                     SUSAN RICHARD NELSON
                                     United States District Judge